```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 19677
   JAMES T DRAKE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-4363


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
   The case was filed on 07/30/2008 and was not confirmed.

   The case was dismissed without confirmation 01/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------

US CELLULAR                UNSECURED      NOT FILED            .00            .00
CHECK N GO                 UNSECURED      NOT FILED            .00            .00
PROVIDIAN FINANCIAL SVC    UNSECURED      NOT FILED            .00            .00
AT&T                       UNSECURED      NOT FILED            .00            .00
VILLAGE OF BRIDGEVIEW      UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO DEPT OF    UNSECURED         3056.62           .00            .00
COMMONWEALTH EDISON        UNSECURED          656.09           .00            .00
BUD S AMBULANCE SVC        UNSECURED      NOT FILED            .00            .00
DIANE RICHMOND             UNSECURED      NOT FILED            .00            .00
MOST FUNDING               UNSECURED      NOT FILED            .00            .00
ILLINOIS FOUNDERS INS      UNSECURED      NOT FILED            .00            .00
HSBC BANK                  UNSECURED      NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED          708.36           .00            .00
GREGORY EMERGENCY PHYSIC   UNSECURED      NOT FILED            .00            .00
GREGORY EMERGENCY PHYSIC   UNSECURED      NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED          372.16           .00            .00
PRA RECEIVABLES MANAGEME   UNSECURED          988.39           .00            .00
LVNV FUNDING LLC           UNSECURED        14128.13           .00            .00
VILLAGE OF RIVERDALE       UNSECURED          500.00           .00            .00
VILLAGE OF RIVERDALE       UNSECURED      NOT FILED            .00            .00
ILLINOIS DEPT OF EMPLOYM   UNSECURED         3603.00           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          6986.56           .00            .00
ILLINOIS TITLE LOAN        SECURED VEHIC    6952.00           .00            .00
ILLINOIS TITLE LOAN        UNSECURED      NOT FILED            .00            .00
NISHA GREEN                NOTICE ONLY    NOT FILED            .00            .00
INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED            .00            .00
ARROW FINANCIAL SERV       UNSECURED         1897.30           .00            .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT     324.00            .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                        575.36
TOM VAUGHN                 TRUSTEE                                           44.64
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 19677 JAMES T DRAKE
```

```
-------------------------------------------------------------------------------
TRUSTEE                                   620.00

PRIORITY                                                              .00
SECURED                                                               .00
UNSECURED                                                             .00
ADMINISTRATIVE                                                     575.36
TRUSTEE COMPENSATION                                                44.64
DEBTOR REFUND                                                         .00
                                   ---------------      ---------------
TOTALS                                    620.00                   620.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/10/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE